FELICE JOHN VITI, Acting United States Attorney (#7007)
MICHAEL THORPE, Assistant United States Attorney (#11992)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SOLOMON PROCTOR,<br><br>Defendant. | SEALED<br><br>COMPLAINT<br><br>Count 1: 18 U.S.C. § 844(i), Attempted Arson in Interstate Commerce;<br><br>Count 2: 26 U.S.C. § 5861(d), Possession of an Unregistered Destructive Device.<br><br>2:25-mj-00912 DBP |

**COUNT 1**
**18 U.S.C. § 844(i)**
**(Attempted Arson in Interstate Commerce)**

On or about September 12, 2025, in the District of Utah,

CHRISTOPHER SOLOMON PROCTOR,

the defendant herein, did maliciously attempt to damage and destroy, by means of fire and explosive materials, a vehicle used in interstate commerce and in activities affecting

interstate commerce, to wit: a news truck for the KSTU Fox 13 television news station; all in violation of 18 U.S.C. § 844(i).

**COUNT 2**
**26 U.S.C. § 5861(d)**
**(Possession of an Unregistered Destructive Device)**

On or about September 12, 2025, in the District of Utah,

CHRISTOPHER SOLOMON PROCTOR,

the defendant herein, did knowingly possess a firearm, to wit: a destructive device as defined in 26 U.S.C. § 5845(a) and (f) (incendiary), not registered to him in the National Firearms Registration and Transfer Record; all in violation of 26 U.S.C. §§ 5841, 5845(a) & (f), 5861(d), and 5871.

**ELEMENTS OF OFFENSES**

The elements for Count 1, a violation of 18 U.S.C. § 844(i) – Attempted Arson in Interstate Commerce, are:

First: The defendant maliciously attempted to damage or destroy a vehicle;

Second: The defendant attempted to do so by means of fire or an explosive; and

Third: At the time of the defendant's attempted fire or explosion, the vehicle was used in interstate commerce or was used in an activity affecting interstate commerce.

The elements for Count 2, a violation of 26 U.S.C. § 5861(d) – Possession of an Unregistered Destructive Device, are:

First: The defendant knowingly possessed a National Firearms Act ("NFA") firearm;

Second: The defendant knew of the specific characteristics or features of the firearm—e.g., that it was a destructive device (incendiary device) that caused it to be registrable under the National Firearms Registration and Transfer Record ("NFRTR");

Third: The firearm was or could be readily have been put in operating condition; and

Fourth: The firearm was not registered to the defendant in the NFRTR. It does not matter whether the defendant knew that the firearm was not registered or had to be registered.

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Brian Adkins, a Special Agent with the Federal Bureau of Investigation ("FBI") being duly sworn, states as follows:

1. I am a Special Agent with the FBI and have been so employed since June 2010. I am currently assigned to a public corruption squad in the Los Angeles Field Office of the FBI. Since September 19, 2025, I have been temporarily assigned to Salt Lake City, Utah, to assist in ongoing matters. During my employment with the FBI, I have participated in multiple investigations of public officials and organized crime figures, including those involving bribery, extortion, mail and wire fraud, and obstruction of justice. Many of these investigations have involved the use of informants, cooperating witnesses and have required financial analysis. I have also conducted physical surveillance and have monitored electronic surveillance, to include the initiation of multiple Title III wiretaps in multiple federal jurisdictions. As a result of my personal participation in this investigation, my review of records, reports made to me by other

government employees, I am familiar with this investigation. On the basis of this familiarity, and on the basis of other information that I have reviewed and determined to be reliable, I declare that the facts contained in this Affidavit show that there is probable cause to believe the information contained in this affidavit.

2. On or about September 12, 2025, at approximately 4:15 A.M. an unknown individual ("UNSUB") placed an incendiary destructive device—a 2.5 gallon plastic gas can with a lit multi-foot-long fuse, underneath the driver's side, rear bumper of a news truck for the KSTU Fox 13 television news station, located at [redacted], Salt Lake City, Utah, 84116 (the "INCIDENT LOCATION"). The UNSUB then fled to the east. The fuse "self-terminated" prior to reaching the gas can, and the device did not conflagrate. At approximately 6:54 A.M., an employee of the television station notified the Salt Lake City Police Department of a suspicious device parked underneath one of the station's vehicles (See Images 1 and 2).






<u>Images 1 and 2</u>

3. Responding officers identified the device in place, and detectives, local and federal bomb technicians and arson investigators responded to the scene. According to the bomb technicians, a 2.5-gallon red plastic gas can, with "cannon fuse" which ran through the gas cap into the can, was found underneath the driver's side, rear bumper of the news truck (See Image 2). A multi-foot long burn trail was observed; the fuse "self-terminated" prior to reaching the gas can. The gas can was about three-quarters full of a liquid when recovered. That liquid was field-tested by law enforcement and was determined to be gasoline.

4. An FBI Special Agent Bomb Technician and public safety bomb technicians, who observed the device at the scene, made a preliminary assessment that the device would constitute an incendiary destructive device under 26 U.S.C. § 5845. The

FBI Laboratory's Explosive Unit reviewed photographs of the device and preliminarily determined that the device was an Improvised Incendiary Device ("IID") and that the IID would meet the technical elements of a destructive device.

**Security Footage**
**Early Morning on September 12, 2025**

5. Responding officers and special agents canvassed the neighborhood surrounding the INCIDENT LOCATION for security camera footage. Multiple videos were recovered and submitted to the Salt Lake City Police Department online. The cameras showed the following information (all times approximate[1]).

6. In footage titled "fragment_08_20250912035959.mp4" from a neighboring business, at 4:09:46 A.M., the UNSUB, wearing dark pants, carrying multiple bags, walked from the west toward the INCIDENT LOCATION. Upon reaching the news truck, the UNSUB stopped, placed an item under the truck, and is believed to then lay out the fuse, which appears to already be attached to the device. The UNSUB then ignited the fuse at 4:10:27 A.M., and gets up and jogs eastbound, away from the device and, consequently, out of the camera frame. The fuse continued to burn, with light flickering from the general area of the fuse until 4:15:11 A.M., when it appeared to self-terminate.

7. In footage titled "admin_20250912_031357-031435_5789326648_ch7_3," at 3:14:01[2] A.M., an individual wearing dark pants, dark sweatshirt with hood and

---

1 The cameras from the multiple businesses did not have synchronized times. As such, the times listed are those native to the recording reviewed.

2 The time on the camera was approximately one hour behind local time.

gloves is depicted. He is wearing a backpack, carrying a red gas can, and carrying what appears to be a long, dark umbrella. The individual may be wearing a mask (which appears to have a reflective surface), but the UNSUB's face is not in frame. The individual continues eastbound out of the frame.

8. In surveillance footage titled "PTZ East_20250912040217," the UNSUB is observed walking southbound along Charles Lindbergh Drive east of a hotel at approximately 4:23 A.M. The UNSUB continued south along Charles Lindbergh toward Interstate 80 when the UNSUB excited the video frame.

**Identification of PROCTOR, PROCTOR'S VEHICLE, and SUBJECT RESIDENCE**

9. The gas can, which was recovered on September 12, 2025, was processed for DNA and fingerprint evidence by the Utah Bureau of Forensic Services. Three DNA profiles were found on the gas can. On the evening of September 15, 2025, the Bureau of Forensic Services received a match on the State DNA Index System database from DNA recovered from the screw ring of the gas can. The match was to Christopher Solomon PROCTOR ("PROCTOR").

10. A search of the Utah Motor Vehicles Division databases indicates PROCTOR is the registered owner of a 2004 Honda CRV, with Utah license plate [redacted] ("the CRV"). The CRV was registered to the address [redacted], Salt Lake City, Utah 84105 ("the SUBJECT RESIDENCE").

11. Following identification of PROCTOR's DNA on the gas can, a Salt Lake City Police officer ran the CRV on the city's license plate reader system. According to that system, the CRV owned by PROCTOR was identified traveling northbound on N. 5600 W., between Interstate 80 to the south and Amelia Earhart Dr., at 4:30:23 A.M. Review of surveillance footage from a nearby gas station indicates the CRV made a U-turn at Amelia Earhart between 4:30 and 4:32 A.M.[3] A review of maps of the area establish that the gas station is located .9 miles from the INCIDENT LOCATION.

12. At 4:43:52 A.M., the CRV was captured on a license plate reader in the vicinity of 2221 S. 1300 E., Salt Lake City, approximately 1.2 miles away from the SUBJECT RESIDENCE. Mapping data indicates the 4:43 A.M. capture is situated along the most logical route between the 4:32 A.M. direction of travel and the SUBJECT RESIDENCE.

13. FBI Surveillance observed the CRV at the SUBJECT RESIDENCE on September 17, 2025, and PROCTOR was seen entering the CRV at the residence. Later that same day, the CRV was taken to a local auto dealership, where the vehicle remained.

**PROCTOR Purchases Items Similarly Worn by UNSUB and Delivered to SUBJECT RESIDENCE**

14. Records provided by Amazon regarding PROCTOR listed the SUBJECT RESIDENCE, and cell phone number xxx-xxx[redacted][4], on the account

---

3 N. 5600 W. is the exit off Interstate 80 immediately west of where the UNSUB was walking toward at 4:23 A.M.

4 Records provided by Verizon indicated that the subscriber of this cell phone number was [redacted], whose driver's license has indicated the SUBJECT RESIDENCE since approximately 2012. The cell phone was listed as an Apple iPhone with IMEI [redacted]. A police report from the Asheville, NC Police Department dated

as of May 2025. On or about August 22, 2025, PROCTOR purchased "First Tactical Slach & Flash HRD Knkl Gl.," which are described as tactical gloves. The order was completed on August 27, 2025, and shipped to the SUBJECT RESIDENCE. The Amazon listing of the gloves describe the gloves as featuring, "a Nomex jersey with flame resistant silicon overprint…."

15. At the same time, PROCTOR purchased "Ace Martial Arts Supply Ninja Tabi Boots, Black Jikatabi (Outdoor Tabi)" which also shipped to the SUBJECT RESIDENCE. The Amazon listing for those boots featured a "split toe design." A photo of the split toe boot is below. In reviewing surveillance footage video titled, "admin_20250912_031357-031435_5789326648_ch7_3," the UNSUB appears to be wearing split toe boots (See Images 3 and 4).

//

//

//

//

//

//

August 31, 2025, in which PROCTOR made a complaint, listed this cell phone number as his telephone number in the complaint. Public records similarly indicated PROCTOR was the user of this cell phone. Utah driver's license records listed this cell phone number as PROCTOR's phone number.



Image 3



Image 4

**PROCTOR Observed Returning to the Vicinity of INCIDENT LOCATION**

16. On September 19, 2025, an FBI surveillance team observed PROCTOR return to the vicinity of the INCIDENT LOCATION. Specifically, PROCTOR was observed driving a silver-colored Porsche bearing Utah license plate number [redacted] ("[redacted]"). A review of Utah state records indicated that [redacted] is currently registered to [redacted] at the SUBJECT RESIDENCE. PROCTOR departed the SUBJECT RESIDENCE in [redacted] and traveled to the vicinity of 1995 S. 4490 W, Salt Lake City, UT, 84104. Shortly thereafter, PROCTOR was observed departing the area and driving to the vicinity of the INCIDENT LOCATION where he was observed driving slowly past the Fox 13 – Salt Lake City building several times before departing the vicinity and returning to the SUBJECT RESIDENCE.

**Subsequent Search of SUBJECT RESIDENCE**

17. On September 20, 2025, Special Agents with the FBI executed search warrants issued in the United States District Court for the District of Utah by the Honorable Dustin Pead. The warrants were for the SUBJECT RESIDENCE, and PROCTOR's vehicle.

18. The FBI discovered and seized several items determined to be within the scope of the warrants during their searches of the two locations. Included in the items seized were black ninja boots, which appear to be similar to the boots worn by the individual captured on surveillance footage of the incendiary incident, an empty gas can

with a hole carved in the top, a portion of a multicolored fuse that appears to be similar to the fuse used in the incendiary incident and tactical gloves, among other items. See Images 5 - 10.




Image 5







Images 6 and 7






Images 8 and 9



Image 10

19. On September 26, 2025, FBI special agents interviewed an acquaintance of PROCTOR. The acquaintance advised agents that PROCTOR admitted to him that he set a destructive device at "fox news" under a vehicle and lit the fuse. He told the acquaintance it did not blow up.

20. On September 26, 2025, ATF Special Agent Aaron Grubbs ran a query for PROCTOR through the National Firearms Registration and Transfer Record and found that there were no devices registered to PROCTOR.

21. KSTU Fox 13 in engaged in television news broadcasting. KSTU Fox 13 television broadcast covers areas both in Utah and in some locations in the states of

Nevada, Idaho, Wyoming, and Colorado. KSTU Fox 13 also does business with out-of-state/national companies that pay for advertising during the KSTU Fox 13 broadcast. The targeted vehicle is used by KSTU Fox 13 as part of its news reporting functions. Thus, the KSTU Fox 13 vehicle is used in interstate commerce and Fox News broadcasting affects interstate commerce.

22. Based on the foregoing information, I respectfully request that an arrest warrant be issued for Christopher Solomon PROCTOR for a violation of 18 U.S.C. 844(i) and 26 U.S.C. §§ 5841, 5845(a) & (f), 5861(d), and 5871.

Respectfully submitted,

*/s/ Brian Adkins*
Brian Adkins
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me
this 26th day of September, 2025.

______________________________
DUSTIN B. PEAD
United States Magistrate Court Judge

APPROVED:

FELICE JOHN VITI
Acting United States Attorney

s/ Michael Thorpe
MICHAEL THORPE
Assistant United States Attorney